ALONZO C. MONSON, et al., Appellants, *v.* MARCUS A. LITTELL, Respondent.

(Argued January 23, 1878; decided February 5, 1878.)

*Jas. W. Gerard* for appellants.

*L. B. Halsey* for respondent.

Agree to dismiss appeal.    No opinion.

---

CORNELIA VAN ALLEN, Respondent *v.* FARMERS' JOINT STOCK INSURANCE COMPANY, Appellant.

(Argued January 24, 1878; decided February 5, 1878.)

*D. Pratt* for appellant.

*M. Hopkins* for respondent.

Agree to affirm, on opinion of court below.
All concur, except EARL, J., not voting.
Judgment affirmed.